| | |
|---|---|
| 1 | LAW OFFICES OF PAUL L. KRANZ |
| | PAUL L. KRANZ, ESQ., SBN 114999 |
| 2 | LOUIS GARCIA, ESQ., SBN 143073 |
| | kranzlaw@sbcglobal.net |
| 3 | crshark63@yahoo.com |
| | 2560 Ninth Street, Suite 213 |
| 4 | Berkeley, California 94710 |
| 5 | Telephone:   (510) 549-5900 |
| | Facsimile:    (510) 549-5901 |
| 6 | |
| 7 | Attorneys for Plaintiffs Don Duncan *et al.*, on behalf of themselves and all others similarly situated |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DON N DUNCAN, ANDREW STORCK, and JAMES NELSON, on their own behalf and as a collective action on behalf of all others similarly situated,

    Plaintiffs,

v.

COUNTY OF ALAMEDA, a political subdivision of the State of California, BRIAN McKENNA, an individual, DAVID LORD, an individual, and DAVID ROCHA, an individual,

    Defendants.

CASE NO. C 08-05486 MMC

Hon. Maxine M. Chesney

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT

1   Plaintiffs Don Duncan, Andrew Storck, and James Nelson's Motion to Remove
2   Incorrectly Filed Document was presented to this Court. Upon consideration of the Motion, the
3   Court finds there is good cause to grant Plaintiffs' request to permanently remove ~~Docket No. 1~~
4   ~~from the record.~~  Exhibit B in Docket No. 1 from the record.
5   IT IS THEREFORE ORDERED that Plaintiffs' Motion to Remove Incorrectly Filed
6   Document is GRANTED ~~and Docket No. 1 is permanently deleted from the court records.~~
7   to the extent that Exhibit B in Docket No. 1 is permanently removed from the record.

8   Dated: __December 24__, 2008       _____
                                        The Honorable Maxine M. Chesney
9                                       United States District Judge