LAW OFFICES OF PAUL L. KRANZ
PAUL L. KRANZ, ESQ., SBN 114999
LOUIS GARCIA, ESQ., SBN 143073
kranzlaw@sbcglobal.net
crshark63@yahoo.com
2560 Ninth Street, Suite 213
Berkeley, California 94710

Telephone:     (510) 549-5900
Facsimile:      (510) 549-5901

Attorneys for Plaintiffs Don Duncan et al.,
on behalf of themselves and all others similarly situated

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON DUNCAN, *et al.*, | Case No. C08-05486 MMC |
| Plaintiffs, | [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT |
| vs. | |
| ALAMEDA COUNTY FIRE DEPARTMENT,  BRIAN McKENNA, an individual, DAVID LORD, an individual, and DAVID ROCHA, an individual, | Hon. Maxine M. Chesney |
| Defendants | |

- 1 -

Under Federal Rules of Civil Procedure 15(a)(3), the responses of Defendants Brian McKenna, David Lord, and David Rocha to Plaintiffs' Second Amended Complaint are currently due on March 14, 2009. Pursuant to Stipulation by the parties, the time for Defendants Brian McKenna, David Lord, and David Rocha to respond to Plaintiffs' Second Amended Complaint shall be extended to and include March 24, 2009.

IT IS SO ORDERED.

 Dated: March 6, 2009

_____

United States District Court Judge Maxine M. Chesney

[PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT
Case No. C 08-5486 MMC