UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON DUNCAN, *et al.*,<br><br>     Plaintiffs,<br><br>vs.<br><br>ALAMEDA COUNTY FIRE DEPARTMENT, BRIAN McKENNA, an individual, DAVID LORD, an individual, and DAVID ROCHA, an individual,<br><br>     Defendants | Case No. C 08-05486 MMC<br><br>CONTINUING [PROPOSED] ORDER ~~TO CONTINUE~~ INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES |

Pursuant to Stipulation by the parties, the Initial Case Management Conference is continued until  May 22 , 2009. The other deadlines set forth in this Court's Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly.

IT IS SO ORDERED.

Dated: March 9, 2009

_____
Hon. Maxine M. Chesney
United States District Judge

- 3 -

STIPULATION FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
Case No. C 08-5486 MMC