UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON DUNCAN, *et al.*,<br><br>          Plaintiffs,<br><br>     vs.<br><br>ALAMEDA COUNTY FIRE DEPARTMENT, BRIAN McKENNA, an individual, DAVID LORD, an individual, and DAVID ROCHA, an individual,<br><br>          Defendants | Case No. C 08-05486 MMC<br><br>[PROPOSED] ORDER CONTINUING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT; CONTINUING DEADLINES TO FILE SUPPLEMENTAL BRIEFING |

Pursuant to Stipulation by the parties, the hearing on the Defendants' Motion to Dismiss is hereby CONTINUED FROM July 10, 2009 to July 17, 2009. The deadlines regarding filing supplemental briefing set forth in this Court's Order Affording Parties Leave to File Supplemental Briefing Re: Defendants Brian McKenna, David Lord, and David Rocha's Motion to Dismiss are continued accordingly.

IT IS SO ORDERED.

Dated:  June 5, 2009

*/s/ Maxine M. Chesney*
Hon. Maxine M. Chesney
United States District Judge

- 3 -

ORDER CONTINUING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT; CONTINUING DEADLINES TO FILE SUPPLEMENTAL BRIEFING
Case No. C 08-5486 MMC