UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON DUNCAN, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> ALAMEDA COUNTY FIRE DEPARTMENT, a California dependent special district, <br><br> Defendant | Case No. C 08-05486 MMC <br><br> [PROPOSED] ORDER CONTINUING DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION |

Pursuant to Stipulation by the parties, Plaintiffs shall have until and including November 20, 2009 to file their motion for class certification. Defendant shall file its opposition or other response no later than December 11, 2009. Plaintiff shall file its reply no later than December 18, ~~2005~~. 2009.

IT IS SO ORDERED.

Dated: November 9, 2009

_____
Hon. Maxine M. Chesney
United States District Judge

- 3 -

STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION
Case No. C 08-5486 MMC