IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DON DUNCAN, et al.,

       Plaintiff,

  v.

ALAMEDA COUNTY FIRE DEPARTMENT,

       Defendant.
                                     /

No. CV-08-5486 MMC

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** defendants' motion for summary judgment is hereby GRANTED.

Dated: April 12, 2010

                                                            Richard W. Wieking, Clerk

                                                            *Tracy Lucero*

                                                           By: Tracy Lucero
                                                           Deputy Clerk